**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **Timothy Charles Holmseth**<br>**Plaintiff,**<br><br>**vs.**<br><br>**Alexandria Hannelore Goddard et al**<br>**Defendants,** | **Case No: 2:2023-cv-00011**<br><br>**CORRECTION IN RE: NAME OF MIKE DEWINE**<br>**AMENDED STATEMENT OF CLAIM**<br>**AMENDED CLAIM OF IRREPARABLE INJURY**<br>**AMENDED CLAIM OF RELIEF** |

**A. CORRECTION**

1. In the original paperwork filed in this case, there are places in the documents where Defendant Mike DeWine's name was misspelled as "Mark" DeWine. This Amendment shall serve to correct the record that there is **no** Defendant named Mark DeWine. There is a Defendant named Mike DeWine. It should be noted that Plaintiff was under extreme duress when drafting the original Complaint, which included living under active and ongoing threats that Plaintiff and his children and escrow agent are going to be hunted down, kidnapped, sexually assaulted, tortured, and murdered.

**B. STATEMENT OF CLAIM -** WHAT HAPPENED AND WHERE

2. I was in Tennessee when I observed the STATE OF OHIO and other Defendants named herein were publishing content about me on a government website in STATE OF OHIO. The website is located at https://eservices.belmontcountycourts.com/eservices/home.page.2

**C. WHEN DID IT HAPPEN**

3. The events began on January 30, 2023. I believe it was in the evening time.

**D. FACTS UNDERLYING THE CLAIM**

4. On January 30, 2023, I was in the State of Tennessee when I began hearing on social media that a Stalking order (Protective Order) has been issued against me in the State of Ohio. This had already been done to me once by the State of Ohio in August, 2022. I believe it was in the evening time when I first heard this. The Stalking order is related to, and was acquired in retaliation for a RICO complaint I previously filed in Tennessee Middle District – Holmseth v. Page et al – 3:22-cv-00912. I am a news reporter, investigative journalist, war correspondent, and publisher. The stalking order can only be related to my reporting and publishing because I have never met or communicated with STATE OF OHIO'S victim/witness Alexandria Hannelore Goddard. The Stalking order was created in an attempt to extort me through fear to remove

everything I reported about STATE OF OHIO, Governor Mike DeWine, Alexandria Hannelore Goddard, and to apply Prior Restraint against any future reporting. I had already provided Notice to Ohio Governor Mike DeWine that fraud and extortion was being committed against me by his State (STATE OF OHIO). The image and story below shows the letter I sent to Mike DeWine where it was published on the website I created called www.timothycharlesholmseth.com

5. As you read the letter below to Mike DeWine, and reach the end of the letter, you will see videos and images were attached with the letter to DeWine. The original publication of the letter which was/is published at the link featured below as EXHIBIT A. It contained and included a collection of screenshots from the telephone of Randi Lynn Erickson, the escrow agent for my website. The screenshots show Alexandria Hannelore Goddard texted a photo of a vagina to Erickson. Because the text message exchange is extensive, I am only providing the one screenshot image from the text exchange that involved the vagina picture.

**EXHIBIT A**

https://**timothycharlesholmseth.com**/timothy-charles-holmseths-letter-to-ohio-governor-mike-dewine-in-re-the-pride-and-joy-of-the-state-ohio/

~begin exhibitive evidence of letter to Ohio Governor Mike DeWine~



Pentagon Pedophile Task Force

### TIMOTHY CHARLES HOLMSETH'S LETTER TO OHIO GOVERNOR MIKE DEWINE (IN RE: THE PRIDE AND JOY OF THE STATE OHIO)

October 14, 2022   Timothy Holmseth

by Pentagon Pedophile Task Force on October 13, 2022 - USA The following letter was sent Ohio Governor Mike DeWine...

by Pentagon Pedophile Task Force on October 13, 2022 — USA

The following letter was sent Ohio Governor Mike DeWine today.

~begin~

From: Timothy Charles Holmseth

808 Carmichael Rd.

PMB 156

Hudson, Wisconsin

54016

In Re: The Pride and Joy of the STATE OF OHIO

October 13, 2022

To: Governor Mike DeWine

State of Ohio

Riffe Center

30th Floor

77 South High Street

Columbus, Ohio

43215-6117

Tel: 614.644.4357 (if you're concerned about your tax dollars at work)

Dear Governor DeWine,

On August 19, 2022, I learned on a You Tube program called 'Crime and Scandal' that on August 16, 2022, the Executive Branch of the STATE OF OHIO filed a charge against me for the crime of Complicity to Menacing by Stalking.

You might imagine my surprise, considering the fact I had never been to the State of Ohio.

How could this be, I wondered. So I continued to watch the Live You Tube program to see if it was actually just a hoax. But nope. Low and behold, there it was, a screenshot taken of the Belmont County Courts website that declared STATE OF OHIO was charging HOLMSETH TIMOTHY, CHARLES with a crime.

Wow.

The government website said the 'Offense Date' was August 12, 2022. That's so weird, I thought. I wasn't in Ohio on August 12, 2022.

So, I continued to watch.

The Executive Branch of the STATE OF OHIO was using interstate electronic communications to tell the whole world that the good people of Ohio want me put in jail. And again – it was so weird because I was nowhere near Ohio on August 12, 2022.

I was being charged with 'Complicity' so I investigated further. It turned out I was being accused of being 'complicit' in Menacing by Stalking because, apparently, the Executive Branch of the STATE OF OHIO said a woman named Randi Lynn Erickson from Minnesota had stalked the STATE OF OHIO.

Wait a minute, I thought. I personally know Randi Erickson, and I know she was nowhere near the STATE OF OHIO on August 12, 2022, or any other date. Randi Erickson has never been in Ohio in her life.

How did Randi Erickson stalk the Executive Branch of the STATE OF OHIO, I thought? And how did I help?

I continued to watch and listen to see if I could learn more.

Sure enough…I obtained some more information. Levi Page reported that Randi and I had stalked a woman named Alexandria Goddard.

The very first thing that went through my mind was the fact that Randi Erickson told me Alexandria Goddard texted a photograph of a vagina to her (Randi).

The second thing that went through my mind (actually I was thinking it all at the same time) is the fact that Alexandria Goddard is an admitted kidnapper, rapist, and sexual torturer.

I can't help but wonder if the good people of the State of Ohio know that Alexandria Goddard bragged to THE NEW YORKER about how she lured a man to her home, handcuffed him to a bed, and sexually tortured him with hot sauce. He was finally released naked into the winter weather (which she thought was hilarious). In another interview, Alexandria Goddard told William K. Murtaugh, the host of From The Desk Of Murtwitnessonelive, how the kidnapping was planned with Ohio police and explained how the man was "crying".

Wow.

So…

Quick recap before I get lost…

I hadn't been to the State of Ohio – Randi Erickson has never been to the State of Ohio – but somehow, the Executive Branch of STATE OF OHIO is charging Randi and I with a crime committed against the STATE OF OHIO.

I continued to research this strange case on the government website and I saw something very interesting. The Clerk of Court in Belmont County recorded that a Summons had been mailed to me and Randi Erickson. But – I noticed that both addresses were wrong. The Summons for me was sent to a place I have not lived or received mail for three years. I saw the address for Randi Erickson was wrong too. Of course – that means neither of us would get served or ever even know what was happening in our name. Randi Lynn Erickson, 62, is a former Truth and Taxation judge and elected official from Minnesota. Randi lived at her present address for some 30 years (with her husband, children, and grandchildren). Randi is a licensed abstractor. She holds multiple licenses in Minnesota and Florida. She was required to be fingerprinted to hold her licenses. Randi is required to pass regular background checks by the FBI. And of course – she has no criminal record.

I wonder how the Executive Branch of the STATE OF OHIO wasn't quite able to get her address right?

Okay…so anyway…the Executive Branch of the STATE OF OHIO has taken the legal position that Randi Erickson and Timothy Holmseth 'stalked' the rapist Alexandria Goddard and Holmseth and Erickson belong in an Ohio jail.

I wondered the name of the Ohio State's Attorney that was making these accusations against Randi and I, but, strangely, there is no attorney named on the case.

Weird, huh?

So…

Anyway…

Randi Erickson was very concerned about the photograph of the vagina that Rapist Alexandria Goddard texted to her. The image was cause for great concern because the vagina appeared quite 'small' and had no pubic hair around it. The hips were tiny and there was a strange shadow that looked like a bruise.

Hmmmmmm?????

Randi Erickson telephoned a detective friend from Minnesota who works in law enforcement. Her friend told her to report the image to law enforcement in the jurisdiction it came from. Randi Erickson telephoned the Belmont County Sheriff's Office in Ohio but they would not take a report. The Sheriff's Office told her to contact the Martins Ferry Police Department, so she did. The police would not take a report either. The Sheriff's Office told Randi to report the photo to the FBI, and then added a sarcastic comment about QAnon and the FBI being really busy with "Donald Trump" right now.

Wow… the Belmont County Sheriff has President Trump on his mind.

Randi and I were very concerned about the 'small vagina' photo so we decided to meet up and travel to the Tennessee Bureau of Investigation (TBI) in Nashville, Tennessee. The reason we chose TBI Nashville was because Levi Page (remember him – the You Tube host) is from Dover, Tennessee and (spoiler alert) is implicated by evidence that shows he is involved in an organized criminal enterprise that involves crimes against children. I had reported Levi Page, Alexandria Goddard, William Murtaugh, and others, to the TBI about a year ago when I realized they appeared to be tied to the case of the missing child Summer Wells.

Randi Erickson and I entered secure areas of the TBI and provided agents with information, including the photo of the 'small vagina'.

Randi told me she was making plans to travel to Ohio to deliver the photo to law enforcement there but things were beginning to feel very dangerous.

Randi Erickson showed me the entire text message exchange between herself and Rapist Alexandria Goddard and I was flabbergasted. Not only had this psychotic rapist and torturer sent a photo of a vagina to Randi, but she had tried and tried and tried to lure Randi Erickson to her home in Martins Ferry, where Goddard said, she wanted to give Randi a media interview for Randi to publish. Then – after Randi repeatedly told Alexandria Goddard she had no intentions of coming to her home or meeting with her – Goddard began to repeatedly talk about blowing Randi's head off with a gun.

During the text exchange, Alexandria Goddard told Randi Erickson that if Erickson didn't do exactly as she told her to do, she was going to have Randi "arrested". Rapist Goddard told Randi Erickson that she was also going to call her family and children and give them the same warning. Randi Erickson's husband, Brian Erickson, was in chemotherapy treatment while Goddard and her gang continuously called him by telephone.

Then – Goddard said something real strange. Goddard began falsely accusing Randi Erickson of being a pedophile. Goddard also falsely accused me of being a pedophile. Goddard accused Randi Erickson of touching small children. Goddard asked Randi Erickson if she (Erickson) dressed up like a 5-year-old for Timothy Holmseth. Goddard then told Randi Erickson that there were going to be flyers posted everywhere with her face on them that say 'pedophile'.

Whoahhhhh.

The suspicious photo being planted on Randi Erickson's phone is starting to make sense.

Goddard then began to brag that she assisted several people, including a former FBI agent, with the drafting and preparation of Restraining Orders against Randi Erickson and Timothy Holmseth that had been filed in the Family Court of Anoka County, Minnesota.

I was very concerned.

On September 13, 2022, I sent a package via FED EX to Belmont County Courts and advised them that I learned from a You Tube program called 'Crime and Scandal' that my name was published on their website where the assertion was being made that the STATE OF OHIO was claiming I committed a crime against the STATE OF OHIO. I advised the Clerk that she used a wrong address and if somebody wanted to communicate with me they need to use my correct mailing address, which I gave the Clerk.

I also sent the Clerk, and an attorney named Kevin Flanagan, an affidavit, along with evidence and a USB flash drive that contained the entire text exchange between Rapist Alexandria Goddard and former judge Randi Lynn Erickson.

Surely the STATE OF OHIO would not have evidence of possible illegal pornography, obvious criminal extortion, as well as the filing of a false police report by a rapist, and fail to take appropriate action, right?

Well…

Here's what happened next.

On September 17, 2022, William K. Murtaugh, (dead ringer for mobster Whitey Bulger – just saying) an FBI/CIA operative and/or FBI/CIA impersonator, went Live on his You Tube news program From The Desk Of Murtwitnessonelive. Murtaugh had produced a show to alert the world that there was only "4 days" until the big court hearing for Randi Erickson and Timothy Holmseth in Ohio.

Then… a special caller called in and Murtaugh interviewed her for his news report.

It was Rapist Alexandria Goddard!

Rapist Alexandria Goddard had a lot to say.

Rapist Alexandria Goddard told Murtaugh that "she" did "not" file "charges" against Randi Erickson or Timothy Holmseth. Goddard explained that the "State" filed "charges". Goddard made sure to point out that she was not required to attend any court hearing, ever.

Wow, I thought.

I know the 6th Amendment to the U.S. Constitution assures me the absolute right to face my accuser.

But… according to Rapist Alexandria Goddard, she is not the Plaintiff. Rapist Goddard said the Executive Branch (that's you Mr. Governor) is the Plaintiff.

Wait, I thought.

How in the world did I stalk the STATE OF OHIO?

And, how in the world am I going to cross examine the STATE OF OHIO?

Then… Goddard went into detail about the time in question (beginning around August 12, 2022) she was exchanging text messages with Randi Erickson. Goddard said (that at the same time she was inviting Randi Erickson over to her home) she had a "9mm" on her table loaded with "cop killers".

Holy cow!

I was right!

It was a murder plot.

Rapist Goddard went on to demand a "vagina line-up" from the Prosecutor to prove the photo of the vagina she sent to Randi Erickson (yes, Goddard admitted she sent it) was not actually a photo of her (Goddard's) vagina. That assertion is impossible because Goddard is in her fifties and morbidly obese – the vagina in the photo sits amongst tiny hips with no pubic hair or bristle.

Rapist Goddard went on to alert everyone that she is a "Guardian Ad Litem" who testifies in court on behalf of the child. She said if she determines the parents are "pieces of shit" she recommends the children get taken away (also called child trafficking).

Goddard went on to offer to send "vibrators" to women in the chat room. Goddard accused everyone of wanting to see her vagina. Goddard stood up and pulled her shorts aside to show off her ass crack. Goddard addressed Randi Erickson by name and told her to look at her ass crack. Goddard said she talks to the "Prosecutor" all the time and sends him everything published on www.timothycharlesholmseth.com about this subject. Goddard hosted the show while Murtaugh left for a moment. When Murtaugh returned Goddard advised Murtaugh she showed everybody her vagina.

Goddard laid back on the couch and spread her legs, which she pulled back behind her head, and said 'I'm a nasty whore'.

Now check this out.

On August 16, 2022 the National Center For Missing And Exploited Children received an anonymous tip that led them to child pornography in the possession of an Ohio man named Justin Foley.

Wow, I thought.

That's so weird.

August 16, 2022, is the same day you, Mr. Governor, charged me with stalking the porno-transmitting-ass-crack revealing-pistol-packing-Ohio Guardian Ad Litem-Child Trafficking-Kidnapper-rapist, torturer Alexandria Goddard.

The same day.

I just can't help but wonder if that vagina photo that the pride and joy of the STATE OF OHIO, Rapist Alexandria Goddard, electronically transmitted via interstate communications to a former Minnesota judge who escrowed crimes against humanity (cannibalism) evidence (against Hillary Clinton, U.S. Presidents, and world leaders) that is in the U.S. Court – Minnesota – would be found amongst the evidence seized from Justin Foley.

As you can see – I get real energized when people try to frame me.

On a side note – you will see that on January 4, 2021, Attorney Lin Wood launched the most famous Tweet storm of all time when he tweeted a MEMO to President Donald J. Trump that I authored, wherein I contacted AG Jeff Session to warn President Trump about VP Mike Pence and an international human harvesting operation that involved a retired FBI agent trafficking kids through the Ukrainian Embassy in Washington DC.

Attorney Wood was working with a U.S. Secret Service impersonator named David Lester Straight in a plot to overthrow the United States government and frame Trump. David Straight told me the whole story on recorded calls. He told me they were going to "hang" Pence and members of Congress on January 6, 2021.

Alexandria Goddard is an agent of the before-mentioned FBI agent that traffics children internationally.

I just have to be honest – this is not the Buckeye State's most shining moment.

The one area where our country still has hope is our duly-elected President Donald J. Trump.

Aside from my Lord and savior Jesus Christ, President Trump and First Lady Melania are my inspiration, hope, and driving force to stop the monsters that are harming and murdering our children.

One other thing.

In 2020 Randi Lynn Erickson retained Attorney Steven S. Biss, Charlottesville, Virginia, to file a Defamation lawsuit. The case soon evolved into a RICO action that has been drafted and has costed Erickson $30,000.00 in attorney's fees to date.

Randi Erickson's husband is near death in chemotherapy, as she tries to dodge Navy SEALs (who worked with Lin Wood) that are threatening to rape and murder her (and me), and put her in prison for complete fiction (kind of like what they are doing to President Trump).

Yet, Randi hasn't waivered one bit.

"Jesus told me to fight for the children," Randi Erickson told me.

Can you imagine a heart so big?

Ohio isn't looking real good right now.

If you were to contact President Trump I can't help but think he would be happy to guide you and help you repair your State; a State that is so important when it comes to making America great again.

I have a feeling he's going to tell you "quick trial!"

Respectfully,

Timothy Charles Holmseth

War Correspondent/News Reporter/Investigative Journalist

Enclosed: USB Flash Drive, Erickson/Goddard Text Exchange (contains Vagina photo), Various Videos, Exhibits



OHIO ATTORNEY GENERAL

"RANDI COME ON, SEND YOUR VAGINA PICTURES" STATE OF OHIO'S 'VICTIM' GOES DEMONICALLY INSANE LIVE



"I HAD A 9MM ON MY TABLE, LOADED, WITH COP KILLERS" OHIO RAPIST ACCIDENTLY CONFESSES TO MURDER PLOT

**"I HAD A 9MM ON MY TABLE, LOADED, WITH COP KILLERS" OHIO RAPIST ACCIDENTLY CONFESSES TO MURDER PLOT**

WATCH    VISIBILITY    SETTINGS



THE_HIGH_COMMAND
THE_HIGH_COMMAND

**OHIO RAPIST AND TORTURER DEMANDS PROSECUTOR DO 'VAGINA LINE-UP' [JUSTIN FOLEY CHILD PORN ARREST]**

WATCH    VISIBILITY    SETTINGS



THE_HIGH_COMMAND
THE_HIGH_COMMAND

**CNN ASSOCIATE KIDNAPPED, HANDCUFFED, & SEXUALLY TORTURED MAN WITH OHIO COPS WAS A GUARDIAN AD LITEM**





ERICKSON
GODDARD TEXT



~end exhibitive evidence of letter to Ohio Governor Mike DeWine~

**E. FACTS UNDERLYING CLAIM** – BACKGROUND

6. On November 9, 2022, I filed I RICO complaint in Tennessee – Holmseth v. Page et al – 3:22-cv-00912. Alexandria Hannelore Goddard, Martins Ferry, Ohio, is a Defendant in said case. On December 20, 2022, Goddard was served in said case. As of the date of the original filing of this Injunction, Holmseth v. Page et al – 3:22-cv-00912 was open and pending.

7. Holmseth v. Page et al – 3:22-cv-00912 set forth the details of organized conspiracy and criminal extortion, including promises made to me that I, along with my daughter, as well as Randi Lynn Erickson, are going to be kidnapped, sexually assaulted, tortured, and murdered. 3:22-cv-00912 contains a total of three Complaints (two Amended). The Complaints provided details of criminal activity by Alexandria Hannelore Goddard, Employees of Martins Ferry, Ohio police department, Court officials in Belmont County, Ohio, and STATE OF OHIO.

8. The Stalking order that has now been issued against me in Belmont County, Ohio, is happening in retaliation against me for filing Holmseth v. Page et al – 3:22-cv-00912. The stalking order is being used in effort to stop me from reporting the truth on certain stories, as well as to try to force me to remove old stories from the Web.

**F. CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW – MAIL FRAUD – INTERSTATE WIRE FRAUD – STALKING – EXTORTION - RACKETEERING**

9. On January 30, 2023, I was in Tennessee when I began hearing on social media that a Stalking order had been ordered against me in the State of Ohio. The Order was issued by the State of Ohio in protection of Alexandria Hannelore Goddard. I have never met Alexandria Hannelore Goddard. I have never spoken to Alexandria Hannelore Goddard. I have never been in the same

area or space as Alexandria Hannelore Goddard. I have never been to Alexandria Hannelore Goddard's city of residence. I have literally **NO** relational connection to Alexandria Hannelore Goddard, whatsoever.

10. I am not a resident of the State of Ohio.

11. **I was not served notice in that case.**

12. I subsequently went on line to search the State of Ohio's website for Belmont County and looked up my name. I found court file number 23-DR-0015. It was the first time I ever observed that file number. I observed the Court stated on January 31, 2023, *"Respondent failed to appear for the hearing, however, the Court notes the Respondent was served with the Petition and Ex-Parte Order by Certified Mail on January 21, 2023, based upon the tracking information posted by the United States Postal Service website"* [emphasis added]. SEE EXHIBIT B

**EXHIBIT B**

01/31/2023  Spring Session: Journal Entry: Signed and Filed: AB/FAF                                                                                    $2.00         $0.00
The Petition for Civil Stalking Protection Order came before the Magistrate on January 30, 2023.  Present for hearing was Petitioner with counsel, Attorney Bonnie Conaway.
Respondent failed to appear for hearing, however, the Court notes that Respondent was served with the Petition and Ex-Parte Order by certified mail on January 21, 2023, based
upon the tracking information provided by the United States Postal Service website.

Testimony heard under oath.  Petitioner's Exhibits A and B admitted into evidence.  Civil Stalking Protection Order issued for a period of five years.

13. It is a false statement by the State of Ohio and the Clerk of Court to state on the Belmont County Court's Website, which is viewed internationally, that I was "served" because I was **NOT** served.

14. The State of Ohio and the Clerk of Court, on their website, characterized my absence from the hearing as **"un-contested"**. It is a **false statement** to claim it was "un-contested" because I was not served and did not even know about it.

15. The corporation of Belmont County, Ohio and STATE OF OHIO are committing **mail fraud**, **interstate wire fraud** and **cyberstalking** by using the instrumentalities of their government website, in conjunction with the United States Postal Service, to publish my name and false claims that I am a predator - for the whole world to see.

16. The STATE OF OHIO and the Clerk of Court turned the information and claims that they fabricated, using my name, and my identifying information, into the National Crime Information Center (NCIC) which is operated by the Federal Bureau of Investigation (FBI) and empowers the federal government to place me on a 'special list' that declares me 'dangerous'. It can be used to put a halt to my 1st and 2nd Amendment Rights, which violates Due Process as well as state and federal law because it was all based upon malicious fraud from it's very conception.

17. During all relevant dates, I never visited the mail drop at 808 Carmichael Rd., PMB 156, Hudson, Wisconsin (the UPS Store in Hudson, Wisconsin) where the Clerk of Court said they sent the mail that established 'service'. I am not a resident of Wisconsin and that mail address was created for my safety. I am a resident of Minnesota. I was **NOT** served anything at the Hudson, Wisconsin address.

### G. THE STATE OF OHIO VIOLATED MY CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW

18. I looked up Ohio Civ.R. 4.3 - Process - Out of State Service - where it said:

(B) Methods of service. {1} Service by clerk. The clerk may make service of process or other documents to be served outside the state in the same manner as provided in Civ.R. 4.1(A){l} through Civ.R. 4.l{A}{3}.

19. I looked up Ohio Civ.R.4.1 where it states:

All methods of service within this state, except service by publication as provided in Civ.R. 4.4{A}, are described in this rule. Methods of out-of-state service and for service in a foreign country are described in Civ.R. 4.3 and 4.5. Provisions for waiver of service are described in Civ.R. 4. 7.

(A) Service by clerk.{1} Methods of service. (a) Service by United States certified or express mail. **Evidenced by return receipt signed by any person,** [emphasis added} service of any process shall be by United States certified or express mail unless otherwise permitted by these rules. <u>The clerk shall deliver a copy of the process and complaint or other document to be served to the United States Postal Service for mailing at the address set forth in the caption or at the address set forth in written instructions furnished to the clerk as certified or express mail return receipt requested, with instructions to the delivering postal employee to show to whom delivered, date of delivery, and address where delivered.</u>

20. **The State of Ohio never received a signed receipt**. They even admit they didn't. The State of Ohio, Mike DeWine, Attorney Bonnie Conaway, Alexandria Hannelore Goddard, Frank Fregiato, and Cynthia Fregiato, all factually knew that I had not been served because there was no signed return receipt as required by Ohio law. The claims that I had been served, but chose to not show up, made by Belmont County, Ohio, and STATE OF OHIO, were malicious and deliberate lies.

21. I continued to investigate and discovered further evidence of malice and premeditation of an elaborate scheme to violate my rights.

22. On February 2, 2023, I ran the USPS tracking number that was entered on the STATE OF OHIO'S website for Belmont County Courts which was **71603901984042802042** SEE EXHIBIT C

**EXHIBIT C**

| | | | |
|---|---|---|---|
| 01/17/2023 | Certified Mail-CP | | $8.00 $0.00 |
| | Issue Date: 01/17/2023 | | |
| | Service: Notice of Hearing Respondent | | |
| | Method: Certified Mail | | |
| | Cost Per: 8.0000 | | |
| | | | |
| | Timothy Charles Holmseth | | |
| | DEFAULT ADDRESS | | |
| | 808 Carmichael Road PMB156 | | |
| | Hudson, WI 54016 | | |
| | Tracking Number: 71603901984042802042 | | |

23. When I ran the tracking number 71603901984042802042 through the online tracking tool provided by the United States Postal Service, it showed a label had been created using the tracking number, but said no process of delivery had even been initiated. It said it was NOT YET IN SYSTEM. SEE EXHIBIT D

**EXHIBIT D**

USPS.COM®   Quick Tools   Send   Receive   Shop   Business   International   Help   Q

**USPS Tracking**®                                                    Tracking   FAQs >

Track Packages   Anytime, Anywhere    Get the free Informed Delivery® feature to receive
                                        estimated notifications on your packages.      Learn More

Tracking Number:                                                        Remove X
716039001984042802042

☐ Copy   ☐ Add To Informed Delivery

Label Created, not yet in system

A status update is not yet available on your package. It will be available when the shipper provides an update or the package is delivered to
USPS. Check back soon.

Sign up for Informed Delivery® to receive notifications for packages addressed to you.

Track Another Package

[                                                                    ]  Q

24. Almost immediately after the domestic violence court in Belmont County, Ohio issued the
Protection Order, Alexandria Hannelore Goddard went online at her Twitter account
@prinniedidit and began stating that if anybody in my (Timothy Charles Holmseth) "fan club" (I
do not have a "fan club") that supports me says anything about her (Alexandria Hannelore
Goddard) that she does not like, I (Timothy Holmseth) will be "arrested" by the State of Ohio for
third-party-harassment.

25. For example, the following Tweet by Alexandria Hannelore Goddard is directed to Alexandra
Koukounakis, Canada. Koukounakis is not my agent. I have never met Koukounakis. SEE EXHIBIT
E

**EXHIBIT E**

 **alex – spreadsheets for days** @prinniedidit · 1h                    · · ·
Hey koukou you are going to violate your pal and I have no problems
marching my ass right back to court seeking a motion for contempt and
speaking to the prosecutor about bumping him up to felony charges.
Keep my name out of your slimy mouth.

   ♡ 1          ⇄ 2          ♡ 4          ᐧᕯᕟ 72                    ⬆

   ⇄  alex – spreadsheets for days Retweeted

26. On February 1, 2023, a woman named Jessie Marie Czebotar posted something I said on Truth
Social that did not mention Alexandria Hannelore Goddard whatsoever. Goddard contacted
Czebotar and warned her that she should govern herself because she could claim Czebotar is
engaging in third-party harassment. SEE EXHIBIT F

Case 2:23-cv-00011-DCLC-CRW   Document 6   Filed 03/01/23   Page 15 of 25   PageID #: 64

EXHIBIT F



Jessie Czebotar @CzebotarJessie · 29m
I sent in genuine response in regards to attorney Convo

Your business with others is your own

🖤 alex - spreadsheets for days @prinniedidit · 52m
Replying to @CzebotarJessie
Also, I have a restraining order against that person you posted.
Govern yourself accordingly. Ohio has a long reach for those who
violate that order and are used as third parties by the Respondent.

💬 1        �recycle 1        ♡ 8        ᵢₗᵢ 514        ⬆

27. Below you will see Alexandria Hannelore Goddard addressing me on Twitter, although I am not
talking to her. I am not even on Twitter. I have no Twitter account. SEE EXHIBIT G

EXHIBIT G



💬 42        ↻ 27        ♡ 596        ᵢₗᵢ 20.4K        ⬆

alex - spreadsheets for days @prinniedidit · 53m
You have a warrant for your arrest in Ohio. You scream law and order but
yet violate the law. Come on.

💬        ↻        ♡ 1        ᵢₗᵢ 20        ⬆

Show this thread

alex - spreadsheets for days @prinniedidit · 56m
US District Court has zero jurisdiction in your STALKING restraining order
matter. Again, you should have defended that and shown up for court.
You didn't. Judgment for stalking order entered.

💬        ↻        ♡ 1        ᵢₗᵢ 13        ⬆

Show this thread

28. On February 2, 2023, Alexandria Hannelore Goddard was proactively monitoring my Truth Social
account. Goddard categorically stated on Twitter that if she sees "one post" anywhere on the
Web that she feels "harassed" by, posted by a member of my [nonexistent] "fan club", it will
result in my "arrest" by STATE OF OHIO. SEE EXHIBIT H

EXHIBIT H



**H. DEFENDANTS ATTEMPT TO COVER-UP THEIR CRIMINAL ACTIVITIES AGAINST TIMOTHY
HOLMSETH BY CREATING A SECOND TRACKING NUMBER**

29. On February 6, 2023, I filed for Injunctive Relief in U.S. Court - Tennessee - 2:23-cv-00011-DCLC-CRW. I asked the Court to protect me from the conspiracy against my rights.

30. **On February 8, 2023, somebody within the Belmont County Courts logged into the Register of Actions and made an entry regarding the tracking number referenced in my federal injunction. Belmont County said, "Additionally, as a point of clarification, the tracking information referencing certified mail service upon Respondent is, and has always been, associated with tracking number 9414726699042192844267, as reflected by the original sticker attached to the notice of hearing filed January 17, 2023".** SEE EXHIBIT I

**EXHIBIT I**



I. **ALEXANDRIA HANNELORE GODDARD USES FBI WILLIAM KEVIN MURTAUGH AS AN AGENT**

31. On February 11, 2023, I observed a clip of William Kevin Murtaugh, Apopka, Florida, who reports news on his You Tube channel From The Desk of Murtwitnessonelive. Murtaugh meets with the FBI and sometimes reports news for the FBI wearing FBI logos, CIA logos, and a laminated FBI badge. Murtaugh is an agent of Alexandria Hannelore Goddard. SEE EXHIBIT J

**EXHIBIT J**



32. Alexandria Hannelore Goddard purported to conduct a child pornography investigation via her agent FBI William Kevin Murtaugh. Goddard announced, and Murtaugh confirmed on his news

program, that a photograph of a **vagina** was transmitted to him via interstate electronic communications from Alexandria Hannelore Goddard. The vagina photo featured a small, petite, female, with no pubic hair and strange bruising, and was originally transmitted via text message to my escrow agent Randi Lynn Erickson by Alexandria Hannelore Goddard in August of 2022. Erickson did not ask Goddard to send her the vagina photo. Erickson subsequently contacted law enforcement in Tennessee, Ohio, and Minnesota to report the situation regarding the photo. Erickson told law enforcement she believed Goddard attempted to 'plant' the image on Erickson's telephone. Erickson contacted the lead investigator in the Justin Foley child pornography arrest/investigation in Ohio. Erickson told the investigator she believed Goddard may be connected to Foley, and requested the Foley case investigator determine if the vagina photo appeared in their seized evidence of child pornography in the Justin Foley case. Erickson issued a public statement that she wanted the Indiana State Police to rule out Delphi child murder victim Abigail Williams as being the female in the vagina photo. William Murtaugh stated on his news program that after he received the vagina photo from Goddard, he met with the FBI in Florida and discussed the photograph. Murtaugh said the identity of the female in the photo had been determined and the case was closed.

33. William Kevin Murtaugh has brought Alexandria Hannelore Goddard on his news program to report, Live, information she receives during meetings with court officials and the Prosecutor in Belmont County, Ohio.

34. On February 10, 2023, Murtaugh went Live and brought on BELMONT COUNTY, OHIO and STATE OF OHIO agent Alexandria Hannelore Goddard to make a public statement. I am providing you a photo of Alexandria Hannelore Goddard that shows Goddard is a high profile media personality and agent. In EXHIBIT K you will see where Goddard appeared on Banfield, which is a show on NEWS NATION.

EXHIBIT K



35. During the news report on February 10, 2023, William Kevin Murtaugh was discussing the tracking number situation pertaining to the Stalking order case brought against me in Belmont County, Ohio. Murtaugh stated the tracking number was actually a **Fed Ex tracking number**. I then went to the Belmont County website and copied the *second* tracking number **(941472669904219284420067)** that had been mysteriously inserted into the case on the Register of Actions on February 8, 2023. I pasted the tracking number into the Fed Ex system. It was in fact a Fed Ex tracking number. It was classified as Pending and In Transit. SEE EXHIBIT L

EXHIBIT L



36. Irrefutable evidence now clearly shows that AFTER I filed for a federal Injunction in Tennessee, Defendants conspired to create yet another tracking number to cover up for the criminal activity and mail fraud committed by the fraudulent use of the first tracking number that involved the United States Postal Service.

37. During the February 10, 2023 broadcast by William Kevin Murtaugh, Alexandria Hannelore Goddard maliciously defamed and criminally extorted me when she said: **"I am creating a dossier on him (Timothy Holmseth) that will be going to the Secret Service because I do believe that he is not any different than John Hinckley Jr. And watching him over the last year his behavior has escalated".**

38. On February 7, 2023, an article entitled "U.S. POSTAL INSPECTOR INVOLVED IN BELMONT COUNTY, OHIO MAIL FRAUD CASE" was published at www.timothycharlesholmseth.com SEE EXHIBIT M

EXHIBIT M



39. On the same day the article about mail fraud was published (February 7, 2023), Alexandria Hannelore Goddard logged into her Twitter account and posted a screenshot that showed a portion of the article. Goddard said, "A source close to the case said DELETE CONTENT ABOUT THE WOMAN YOU ARE STALKING or you are GOING TO JAIL!!" The post contained hashtags #unmedicatedschizo #fugitive #spaz SEE EXHIBIT N

EXHIBIT N



40. On January 31, 2023, in effort to protect myself from the looming conspiracy set forth by Alexandria Hannelore Goddard, the corporation of Belmont County, Ohio, STATE OF OHIO, Governor Mike DeWine, Frank Fregiato, Cynthia Fregiato, and Bonnie Conaway, to kidnap me

under color of law, using non-existent legal theory that claims I, Timothy Charles Holmseth, am committing a crime, when and if any person in the whole world writes something about Alexandria Hannelore Goddard on the Web and/or social media, drafted an Affidavit of Truth to declare I have no agents publishing on my behalf. I then filed the Affidavit with the U.S. Court in 3:22-cv-00912 in Tennessee's Middle District.

41. Upon seeing that I had posted the Affidavit to protect myself from being kidnapped, Alexandria Hannelore Goddard logged into her Twitter account, posted a screenshot from my Truth Social account, and carefully and clearly communicated a message directly to me. The communication is undeniably made directly to me because Goddard posted a screenshot from my Truth Social account that featured the Notarized Affidavit signed by me and signed by the Notary. Goddard again gave me instructions to instruct my nonexistent "third parties" to "stop it" and then further instructed me to "remove" any "mention" of Goddard "immediately". SEE EXHIBIT O

**EXHIBIT O**



42. The fraudulent scenario(s) of Stalking was originally created and orchestrated by Defendants in August of 2022 when Defendants fabricated criminal 'Menacing by Stalking' charges against me and my escrow agent Randi Lynn Erickson. Defendants conspired to level wholly false allegations against me and Randi Lynn Erickson, which were used to publicly defame and disgrace me and Randi Lynn Erickson, by maliciously publishing screenshots from the Belmont County Courts website of the 'criminal charges'. The charges were then strategically featured on Crime and Scandal which is a You Tube program co-hosted by Alexandria Hannelore Goddard with Levi Henry Page IV, Dover, Tennessee and broadcast out of Page's Dover Tennessee studio. The charges were subsequently featured by FBI William Kevin Murtaugh on From The Desk of Murtwitnessonelive.

43. The criminal charges filed by STATE OF OHIO were also based upon fraud. Neither me nor Randi Lynn Erickson were in the State of Ohio on August 12, 2022, as alleged by the STATE OF OHIO on

the Belmont County Court website. Neither Erickson nor myself 'stalked' Goddard in any way, shape, or form.

44. The criminal charges were published on the Belmont County Court's website. SEE EXHIBITS P and Q.



45. The true and cynical intention of the false criminal charges filed in August, 2022 against me and Randi Lynn Erickson, was to extort and defame myself and Erickson. The charges were used as a platform for STATE OF OHIO to use it's agent Alexandria Hannelore Goddard to threaten myself and Erickson with kidnap.

46. After the charges were filed, Alexandria Hannelore Goddard repeatedly logged into her Twitter account and announced that I (Timothy Holmseth) was not allowed to talk about her online or I would be arrested by STATE OF OHIO. SEE EXHIBITS R, S, and T.





**EXHIBIT S**

**alex - spreadsheets ...**
@prinniedidit

Replying to @VerigoKennLove

I've asked my victim advocate to speak to the prosecutor. I'm so sick I literally didn't realize today was court LOL but yes, that court order is very specific about any kind of mention or contact. I believe he is dangerous and after seeing what he posted about Chad...WTAF 😳

12:58 · 16 Nov 22 ·



**EXHIBIT T**

15:35 H m

← Tweet

**alex - spreadsheets ...**
@prinniedidit

Replying to @VerigoKennLove

Every time he posts my name he is violating the court order that specifically says no contact of any kind! I'm asking for felony charges bc he is obviously dangerous and not going to abide by court orders.

8:05 · 16 Nov 22 ·
Twitter for iPhone

**4 Likes**

Show replies

Tweet your reply

### J. THE DELPHI DOUBLE MURDER CASE AND THE VAGINA PHOTO

47. The timeline of events show that in August of 2022, STATE OF OHIO partnered with Alexandria Hannelore Goddard to begin a campaign of lies, false criminal charges, and eventually a civil protection order, waged against me and/or Randi Lynn Erickson, for the purpose of Prior Restraint, removal of published content, and ongoing attempts to kidnap me and/or Erickson under Color of Law.

48. Alexandria Hannelore Goddard was monitoring my Truth Social account and observed that on November 1, 2022, I issued a press release regarding the Delphi Double Murder case. Goddard quickly logged into Twitter and announced I was going to be referred to her police department and STATE OF OHIO for "additional charges". SEE EXHIBIT U

**EXHIBIT U**



## K.   FEDERAL CRIMES AND STATUTES THAT DEFENDANTS HAVE VIOLATED

- 18 U.S. Code Chapter 63 - MAIL FRAUD AND OTHER FRAUD OFFENSES
- 18 U.S. Code § 242 - Deprivation of rights under color of law
- 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information
- 18 U.S. Code § 1343 - Fraud by wire, radio, or television
- 18 U.S. Code § 2261A - Stalking 18
- U.S. Code § 1951 - Interference with commerce by threats or violence
- Racketeering Influenced and Corrupt Organizations Act


## L.   IRREPARABLE INJURY

49.  Defendants have placed my name in an FBI database. Defendants maliciously published my name onto the World Wide Web via a government court website with false information that creates the false appearance that I, in fact, belong in the FBI database because I am abnormal and dangerous. Defendants have published that I am so dangerous that I am no different than John Hinckley Jr. John Hinckley Jr. attempted to assassinate U.S. President Ronald Reagan. I have absolutely NO HISTORY of violent crime whatsoever! I am not classified as a felon and enjoy voting rights. Defendants have placed my life in danger. Defendants are involved with an ongoing plan to kidnap and murder me. Defendants have slandered, libeled, and defamed me to the point it affects my credibility as a news reporter and publisher. I have won First Place awards from the North Dakota Newspaper Association. I was deemed a "credible" witness by the FBI in a child kidnapping case (HaLeigh Cummings). There is no way for me to repair what Defendants

have done to me aside from monetary compensation. Two reasonable people could never have a rational debate over whether or not a good, healthy, well-respected man, could be ***harmlessly*** and falsely branded as mentally ill, and ***harmlessly*** placed into an FBI database because, according to an entire State and it's elected Governor, he (Timothy Charles Holmseth) is capable of assassinating the President of the United States.

## M. RELIEF

50. I am requesting the U.S. Court place a permanent Inunction that requires Belmont County, Ohio and STATE OF OHIO remove all reference to me from any and all government websites. If the Court will not issue a permanent Injunction I request a temporary Injunction until this matter can be resolved through the processes of the Courts. I am requesting the Court direct the Federal Bureau of Investigation (Department of Justice) to remove my name from the NCIC system and any other database where my name has been entered. I am requesting the Court award me $20,000,000.00 (Twenty Million Dollars) to compensate for damage done to my reputation, pain, suffering, anguish, embarrassment, and all necessary future expenses which will be required to keep me and my family safe. My safety is going to require a home where there is gates and professional security and surveillance which I will need for the rest of my life. I am requesting the Court write and Order that bars Defendants from any future attempts to kidnap me, defame me, stalk me, and or engage in any contact with me whatsoever which includes stalking through the use of agents. If the Court does not grant my requests there will be no way for me to mitigate the damages that are occurring non-stop every day of my life as we speak.

2/27/22

Jim C